UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-61639-CIV-ZLOCH/ROSENBAUM

GREGORY TROTTA,

        Plaintiff,

v.

THE BANK OF NEW YORK,

        Defendant.

_____/

## ORDER

This matter comes before the Court *sua sponte* on the filing of Plaintiff Gregory Trotta's Motion for Temporary Restraining Order ("TRO") [D.E. 17], upon referral by the Honorable William J. Zloch of all pre-trial matters. *See* D.E. 6. In view of the fact that the Motion for TRO seeks to restrain a foreclosure sale that Plaintiff avers is currently set for January 6, 2011, *see* D.E. 17 at 3, the Court finds good cause to expedite the briefing schedule for Plaintiff's Motion. Accordingly, Defendant shall file its response to Plaintiff's Motion for TRO by **Thursday, December 23, 2010**.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 16th day of December 2010.

                                        ROBIN S. ROSENBAUM
                                        UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William J. Zloch

        Counsel of Record

Gregory Trotta, *pro se*
3435 Belmont Terrace
Davie, Florida 33328